**Larry Curtis KERR, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 01–2422.

United States Court of Appeals,
Eighth Circuit.

Submitted June 10, 2002.

Decided June 26, 2002.

Before WOLLMAN, RICHARD S. ARNOLD, and LOKEN, Circuit Judges.

PER CURIAM.

Larry Curtis Kerr appeals from the district court's[1] dismissal of his petition for relief under 28 U.S.C. § 2255. Kerr filed this petition more than one year after his conviction became final, and thus it is outside the limitations period found in § 2255(1). Kerr contends that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), created a watershed rule of constitutional law that should be applied retroactively, thus allowing him to file within one year of the date of that decision pursuant to § 2255(3). In *United States v. Moss,* 252 F.3d 993, 997 (8th Cir.2001), we held that *Apprendi* should not be applied retroactively on collateral review. Kerr recognizes that *Moss* bars his claim, but contends that we should revisit *Moss* because it was wrongly decided. One panel of this court may not over-

rule another panel, and thus we are bound by *Moss. Jarrett v. United States,* 266 F.3d 789, 791 (8th Cir.2001); *United States v. Reynolds,* 116 F.3d 328, 329 (8th Cir. 1997). Accordingly, the order of dismissal is affirmed.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.